Paul Young, Esq., CFE (SBN 257571)
paul@cym.law
Joseph Chora, Esq. (SBN 284700)
joseph@cym.law
Kevin Ronk, Esq. (SBN 241598)
kevin@cym.law
**CHORA YOUNG & MANASSERIAN LLP**
281 E. Colorado Blvd., #378
Pasadena, CA 91101
Tel: (626) 744-1838

Attorneys for Crystal Bergstrom, dba Judicial
Judgment Enforcement Services

**FILED & ENTERED**

**JUN 29 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

CAROLYN JEAN LINDHOLM,

　　　　　　　Debtor.

Case No. 2:26-bk-13348-DS

Chapter 13

**ORDER GRANTING IN PART AND DENYING IN PART JUDGMENT CREDITOR CRYSTAL BERGSTROM'S MOTION TO DISMISS CHAPTER 13 CASE**

<u>Hearing</u>
Date:　　June 25, 2026
Time:　　1:00 p.m.
Place:　　Courtroom 1639
　　　　　255 E. Temple Street
　　　　　Los Angeles, CA 90012

A hearing was held at the above time and place on "Judgment Creditor Crystal Bergstrom's Motion to Dismiss Chapter 13 Case with Prejudice Pursuant to 11 U.S.C. §§ 1307(c) and 349(a) or, Alternatively, 11 U.S.C. § 521(e)(2)(A)(ii)" (the "Motion," Docket No. 18).  Appearances were noted on the record.  The court having considered the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons set forth by the court on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted in part as follows:

1.    Debtor Carolyn Jean Lindholm's case is dismissed pursuant to 11 U.S.C. §§ 1307(c) and 521(e)(2)(B) & (C).

2.    Debtor Carolyn Jean Lindholm is barred for one year from the date of entry of this order from filing any bankruptcy case under any chapter without a prior court order authorizing such filing.

IT IS FURTHER ORDERED that the request in the Motion for dismissal with prejudice under 11 U.S.C. 349(a) is denied.

###

Date: June 29, 2026

Deborah J. Saltzman
United States Bankruptcy Judge