Carolyn Lindholm
4445 Dundee Drive
Los Angeles, CA. 90027
tocarolynlindholm@gmail.com
213-219-2609
Bar No.: 106450



FILED

JUL 13 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

Carolyn Lindholm,

          Debtor

CASE NO. 2:26-bk-13348-DS

**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL**

TO THIS HONORABLE COURT:

CAROLYN LINDHOLM hereby appeals the Dismissal of her Chapter 13 bankruptcy on the following grounds:

### STATEMENT OF ISSUES

I have filed all paperwork that I understood I was to file for my Chapter 13 bankruptcy, including filing all paperwork I was specifically instructed to file by the Trustee, Kathy Dockery. I participated in a 341 interview, which was to continue on a later date. I was told during the 341 interview that my Plan could not be confirmed until some past tax returns were filed, and I worked diligently between the dates of the first session of my 341 interview, and the next scheduled session of my interview, to try to complete those tax return; I did everything I could do to get those returns done, and produced all documentation I was asked to produce.

On the date of my next scheduled 341 interview, June 24, 2026, I unexpectedly had to do the interview from home due to my husband becoming

1

suddenly very ill, and the possibility that I might need to take him to an emergency department. I tried to do the interview on my IPhone. I have successfully done many Microsoft Teams meetings, including with a governmental entity, on my IPhone, so I did not anticipate a problem. When I was unable to log in successfully to my 341, I called the Trustee's Office, and I e-mailed both Trustees with whom I have been in contact, Kathy Dockery and A. Koyama. I received instruction from Kathy Dockery to call Mr. Koyama of her office, which I did, and I spoke to the woman who answered his phone, requesting assistance in joining the 341 interview. I was ready and able to proceed with my 341 interview, but needed technical assistance, which I was unable to obtain.

It is my belief that my bankruptcy was dismissed because I was unable to join the second session of my 341 interview, which was entirely due to technical issues.

DESIGNATION OF RECORD ON APPEAL

I hereby designate my entire Chapter 13 file, including all documents filed; all written communications between me and the office of the Chapter 13 Trustee, Kathy Dockery; all documentation of phone calls by me to the office of the Chapter 13 Trustee, and calls from the office of the Chapter 13 Trustee to me; all e-mails exchanged between me and the office of the Chapter 13 Trustee; all Rulings and Orders by the Bankruptcy Court; any other documentation of any kind involving my bankruptcy and the office of the Chapter 13 Trustee.

Respectfully submitted.

DATED: July _13_, 2026

By _____
Carolyn Lindholm

2

STATEMENT OF ISSUES ON APPEAL

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4445 Dundee Drive, Los Angeles, CA. 90027

STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF RECORD ON APPEAL

A true and correct copy of the foregoing document entitled: ~~STATEMENT OF~~
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 07/10/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I obtainedd assistance in checking the docket, and am informed of the following:
Crystal Bergstrom  cbergstrom@judicialenforcement.com
Kathy Dockery  EFiling@LATrustee.co,
Kevin Ronk  Kevin@portilloronk.com  eservicr@cym.law
United States Trustee ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 7/13/26 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Internal Revenue Service, P.O. Box 7704, San Francisco, CA. 94120-7704
Franchise Tax Board, P.O. Box 94240-0040, Sacramento, CA. 9410-0040
LADWP, P.O. Box 51111, Los Angeles, CA. 90051-0100
So. Ca. Gas Co, P.O Box 1626, Monterey Park, CA. 91754-8626
The Dunning Law Firm, 9619 Chesapeake Dr., #210, San Diego, CA. 91706

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/13/2026 | Carolyn Lindholm | |
|---|---|---|
| Date | Printed Name | Signature |

Official Form 416A (12/15)

## Form 416A.  CAPTION (FULL)

# United States Bankruptcy Court

Central _____ District Of _____ California _____

In re    _____ Carolyn Jean Lindholm _____,

*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address _____ 4445 Dundee Drive _____

_____ Los Angeles, CA.  90027

Case No.
—— 2:25-bk-13348-DS

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any):  _____ 2791 __

Chapter
_____ 13

Employer's Tax Identification No(s). (if any):  _____

*[Designation of Character of Paper]*